**IN RE: ESTATE OF Irene A. LONG, a/k/a Irene Long**

**Petition of: Michele Lemmo**

**No. 379 WAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dan TUCKER, Petitioner**

**No. 366 EAL 2016**

Supreme Court of Pennsylvania.

January 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Thomas MUIR, Petitioner**

**No. 582 MAL 2016**

Supreme Court of Pennsylvania.

January 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.